USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

NICOLAS MEDINA,
a/k/a "Chucky,"
a/k/a "Nico,"
Defendant.

26 Mag. 946 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties shall appear for an initial conference on **August 3, 2026**, at **2:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: July 6, 2026
New York, New York

ANALISA TORRES
United States District Judge